■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v E.J. McPHERSON, Appellant. [21 NYS3d 889]—Judgment, Supreme Court, New York County (Larry Stephens, J.), rendered April 23, 2014, convicting defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree, and sentencing him to a term of five years' probation, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of three years' probation, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Acosta, J.P., Andrias, Manzanet-Daniels and Kapnick, JJ.